UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FLUID ROUTING SOLUTIONS, INC.,**

    Plaintiff,

                                        Civil No. **09-12080**
                                        Hon. John Feikens
    v.                                 Magistrate Judge Mona K. Majzoub

**DAYCO ENSA, S.L.,**

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **12/21/2009**, and noted that no objections were filed by either party,

    **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                        **s/John Feikens**
                                                        John Feikens
                                                        United States District Judge

Dated:  January 22, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 22, 2010.

s/Carol Cohron
Deputy Clerk